```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
KIMBERLY MCNULTY,                                                :
                                                                 :
                              Plaintiff,                         :
                                                                 :    19-CV-8903 (JPC)
              -v-                                                :
                                                                 :         ORDER
POLAR CORP.,                                                     :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The conference scheduled for March 29, 2021 at 10:00 a.m. is adjourned *sine die*.

SO ORDERED.

Dated: March 23, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge